UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, *et al.*,

    Plaintiffs,

vs.

ARCHITECTURAL ERECTORS, INC.,

    Defendants.

Case No. 3:18-cv-382

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS THIS ACTION (DOC. 19); (2) DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE**

---

This civil case is before the Court on Plaintiffs' Rule 41(a)(2) motion to voluntarily dismiss the complaint without prejudice. Doc. 19. For good cause shown, the Court: (1) **GRANTS** Plaintiffs' motion (doc. 19); (2) **DISMISSES** Plaintiffs' complaint **WITHOUTH PREJUDICE**; and (3) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**

Date:  December 7, 2020

s/ Michael J. Newman
Michael J. Newman
United States District Judge